# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MALDONALDO,<br><br>    Petitioner,<br><br>  vs.<br><br>J. HARTLEY,<br><br>    Respondent.<br>_____/ | 1:08-cv-01308-GSA (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:  September 19, 2008**        /s/ **Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE