# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MALDONADO, ) | 1:08-CV-01308 LJO GSA HC |
| ) | |
| Petitioner, ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATION |
| ) | [Doc. #23] |
| v. ) | |
| ) | ORDER GRANTING MOTION TO DISMISS |
| ) | [Doc. #15] |
| J. HARTLEY, ) | |
| ) | ORDER STRIKING AMENDED PETITION |
| Respondent. ) | [Doc. #24] |
| ) | |
| | ORDER REFERRING MATTER BACK TO |
| | MAGISTRATE JUDGE |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 27, 2009, the Magistrate Judge issued a Findings and Recommendation that recommended Respondent's motion to dismiss be GRANTED and those claims concerning the Governor's 2005 decision be DISMISSED with prejudice for violating the statute of limitations. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On April 14, 2009, Petitioner filed objections to the Findings and Recommendation. He also filed a first amended petition. In his objections, he does not challenge the untimeliness of his claims regarding the 2005 decision. Instead, he states he has now cured the defects in the original petition by filing an amended petition raising only the timely claims. The Court has reviewed the first amended petition and finds it suffers from the same defects noted in the Findings and Recommendation. The first amended petition challenges the Governor's 2005 decision extensively. Further, the petition raises challenges to even more untimely claims concerning a 2003 parole

decision.

Rule 15(a)(1)(A) of the Federal Rules of Civil Procedure allows a party to amend its pleading once as a matter of course "before being served with a responsive pleading." In this case, Respondent filed a responsive pleading by filing a motion to dismiss the petition. Therefore, pursuant to Rule 15(a)(2) Petitioner may only amend his petition "with the opposing party's written consent or the court's leave." He has sought neither in this instance.

The instant first amended petition is unauthorized and raises claims that are untimely. Therefore, the petition will be stricken. The habeas action will proceed on the original petition; however, any claims challenging the Governor's 2005 decision are DISMISSED WITH PREJUDICE for violating the statute of limitations as stated in the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file and having considered the objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendations based on the points raised in the objections.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued March 27, 2009, is ADOPTED IN FULL;

2. Respondent's Motion to Dismiss is GRANTED;

3. All claims concerning the Governor's 2005 decision are DISMISSED WITH PREJUDICE;

4. The First Amended Petition for Writ of Habeas Corpus is STRICKEN; and

5. The matter is REFERRED back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated: April 23, 2009**           /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE